GOLDSMITH & HULL/File #C9915798
A Professional Corporation
William I. Goldsmith (SBN 82183)
Jack D. Hull         (SBN 91879)
16933 Parthenia Street, Suite 110
Northridge, CA 91343
Tel.: (818) 990-6600
Fax: (818) 990-6140
**govdept1@goldsmithcalaw.com**

JS-6

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. CV13-8162 |
|---|---|
| Plaintiff, | DEFAULT JUDGMENT |
| v. | |
| HENRY SANCHEZ AKA HENRY O. SANCHEZ, | |
| Defendant. | |

In the above-entitled action the Clerk of this Court having entered a default against Defendant(s) HENRY SANCHEZ AKA HENRY O. SANCHEZ, on **MARCH 14, 2014** for failure to respond or appear; and a declaration on behalf of Plaintiff having been filed which satisfies the requirements of F.R.Civ. P. 55(b),

IT IS ADJUDGED that Plaintiff, United States of America, shall have and recover from Defendant(s) HENRY SANCHEZ AKA HENRY O. SANCHEZ, the sum of $1,410.00 principal, $1,563.55 accrued pre-judgment interest, $0.00 penalties/administrative charges, $448.00 court cost, plus $341.00 attorneys fees,

//
//
//
//

less credits of $0.00, for a total of $3,762.55 plus interest from March 21, 2014, at the rate of $0.19 per day to date of entry of judgment. Judgment to accrue interest at the legal rate until paid.

DATE: March 21, 2014

TERRY NAFISI, CLERK OF THE COURT
U.S. District Court Central District of California

BY: *JEnny-Law* (signature)
DEPUTY CLERK

:P549F